UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROCK STRATTON, NICOLE STRATTON, C.S., a minor by and through his guardian ad litem BROCK STRATTON,<br><br>Plaintiffs,<br><br>v.<br><br>OROVILLE CITY ELEMENTARY SCHOOL DISTRICT, ELIZABETH MGBAM, KIMBERLY TYLER, JOHN BETTENCOURT, SPENCER HOLTOM, and DOES 1-30,<br><br>Defendants. | No. 2:23-cv-00964-TLN-CSK<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Request to Seal Documents Relating to Plaintiffs' Initial Expert Witness Disclosures. (ECF No. 61.) Defendants did not file a response. *See* L.R. 141(c). The Court has reviewed Plaintiffs' request and finds good cause exists to seal the exhibits to Plaintiff's initial expert witness disclosures. (ECF Nos. 60-1, 60-2.)

Accordingly, IT IS ORDERED that Exhibits A and B to Plaintiff's Initial Expert Witness Disclosures (ECF Nos. 60-1, 60-2) are hereby SEALED.

///

IT IS SO ORDERED.

Date: July 14, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE